UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE EVETTE NICOLE REED, )
)  Case No.: 4:16cv633 RLW
Debtor, )
)

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that the United States Attorney's Office shall represent the United States Bankruptcy Court and the Honorable Charles E. Rendlen, III in this matter.

**IT IS FURTHER ORDERED** that the United States Attorney's Office shall file a response to the Motion of Appellant Ross H. Briggs for an Expedited Hearing of Appellant's Motion for Stay of Judgment of the Bankruptcy Court Pending Appeal (ECF No. 17) no later than **June 7, 2016**.

Dated this 1st day of June, 2016.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE