UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE EVETTE NICOLE REED, )
) Case No.: 4:16cv633 RLW
Debtor, )
)

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that parties Bankruptcy Judge Charles E. Rendlen, III and the United States Bankruptcy Court shall file their response to the Motion of Appellant Critique Services, LLC for a Stay of Judgment of the Bankruptcy Court Pending Appeal (ECF No. 12) and the Motion of Appellant Ross H. Briggs for a Stay for Judgment of the Bankruptcy Court Pending Appeal (ECF No. 14) no later than **June 21, 2016**.

Dated this 7th day of June, 2016.

*/s/ Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE